**List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| Novitas Solutions, Inc.<br>2020 Technology Parkway<br>Suite 100<br>Mechanicsburg, PA 17055-1826 | Lisa Dees<br>717-526-3587 | Attempted recoupment of health care payments | C, U, D | N/A | N/A | $ 14,816,591.93 |
| XIFIN, Inc.<br>12225 El Camino Real<br>San Diego, CA 92130 | Lale White<br>858-793-5700<br>lwhite@xifin.com | Professional Services | C, U, D | N/A | N/A | 893,271.86 |
| AB Biotics S.A.<br>Edificio Eureka-Campus UAB P2M1<br>08193 Cerdanyola Del Valles Barcelona, Spain | Anna Arnau<br>93 557 23 57<br>arnau@ab-biotics.com | Executory Contract/Royalty Agreement | | N/A | N/A | 525,000.00 |
| ThermoFisher Scientific<br>3175 Staley Road<br>Grand Island, NY 14072 | Teri Michaelis<br>800-955-6288 ext 43035<br>theresa.michaelis@thermofisher.com | Trade Debts | | N/A | N/A | 495,290.64 |
| DNA Genotek, Inc.<br>3000 - 500 Palladium Drive<br>Ottawa, ON<br>Canada K2V 1C2 | Grace Helle<br>613-723-5757 ext 207<br>accounts.receivable@dnagenotek.com | Trade Debts | | N/A | N/A | 384,000.00 |
| US Bank Equipment Finance<br>1310 Madrid St<br>Marshall, MN 56258 | Traci Serreyn<br>507-532-8395<br>traci.serreyn@usbank.com | Executory Contract/Lease | C, U, D | N/A | N/A | 237,324.85 |
| Quadax, Inc.<br>7500 Old Oak Blvd<br>Cleveland, OH 44130 | John S. Leskiw<br>440-777-6305<br>johnleskiw@quadax.com | Professional Services | C, U, D | N/A | N/A | 180,851.10 |
| Agena Bioscience, Inc.<br>4755 Eastgate Mall<br>San Deigo, CA 92121 | Wes Douwes<br>858-882-2653<br>wes.douwes@agenabio.com | Trade Debts | | N/A | N/A | 177,020.00 |
| Forum Financial Services<br>275 W. Campbell Rd, Ste 320<br>Richardson, TX 75080 | John Caulfield<br>972-690-9444 x224<br>jc@forumleasing.com | Executory Contract/Lease | C, U, D | 107,046.34 | 30,000 (est) | 77,046.34 |
| Thrive Medical Technology<br>222 Holly Road<br>Factoryville, PA 18419 | Matt Ryan<br>570-945-5798<br>matt@thrivemedical.us | Commissions | C, U, D | N/A | N/A | 106,623.12 |

**List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| Dyonyx. LP 1235 North Loop West #1220 Houston, TX 77008 | Chuck Orrico 713-485-7002 chuck.orrico@dyonyx.com | Professional Services | | N/A | N/A | 83,050.90 |
| Knobbe Martens Olson & Bear 2040 Main Street Fourteenth Floor Irvine, CA 92614 | Aubrie Buckley 949-760-0404 aubrie.buckley@knobbe.com | Professional Services | | N/A | N/A | 78,258.34 |
| Houston Methodist Hospital c/o TMH Medical Office Bldgs 6550 Fannin, Suite 201 Houston, TX 77030 | Tom Harbour 713-441-5598 tharbour@houstonmethodist.org | Executory Contract/Lease | | N/A | N/A | 63,701.48 |
| ADP, Inc. PO Box 842875 Boston, MA 02284-2875 | Brenda Rodriguez 855-461-6601 brenda.rodriguez@adp.com | Professional Services | | N/A | N/A | 61,018.36 |
| Praxair Distribution, Inc. 10210 I-45 North Fwy Houston, TX 77037 | Sheila Lang 281-203-6517 sheila_lang@praxair.com | Trade Debts | | N/A | N/A | 59,482.32 |
| Whitestone REIT 2600 S. Gessner Rd, Suite 500 Houston, TX 77063-3223 | Barbara Aguado 713-435-2248 baguado@whitestonereit.com | Executory Contract/Lease | | N/A | N/A | 59,419.54 |
| UNIConnect LC 11075 South State, Bldg 3 Sandy, UT 84070 | Carl Hull 801-921-0682 carl.hull@uniconnect.com | Professional Services | | N/A | N/A | 56,585.00 |
| Cambridge Merechant Capital 16301 SW 145 Ct Miami, FL 33177 | Aaron Alonzo 800-708-9804 aalonzo@cambridgemcg.com | Commissions | | N/A | N/A | 42,350.00 |
| Path-Tec LLC 5700 Old Brim Road Midland, GA 31820 | Valerie Geter 706-507-1445 vgeter@path-tec.com | Professional Services | | N/A | N/A | 36,440.63 |
| Stericycle 2850 100th Court NE Blaine, MN 55449 | Jacqueline Polio 612-285-9865 jacqueline.polio@stericycle.com | Trade Debts | | N/A | N/A | 35,260.17 |