UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33427–H1-11 |
| Companion DX Reference Lab, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. XFIN, Inc., Attn: James C. Malone
   12225 El Camino Real; San Diego, CA  92130
   Telephone: 858-436-1139, Facsimile: 856-793-5701
   Email: jmalone@xfin.com
   Attorney: Jason.boland@nortonrosefulbright.com

2. Quadax, Inc., Attn: Mark G. Tibbs
   3690 Orange Place, Suite 270; Beachwood, OH  44122
   Telephone: 440-788-2118; Facsimile: 440-788-2128
   Email: marktibbs@quadax.com

3. Path-Tec, LLC Attn: Kathy Windham
   5700 Old Brim Road; Midland, GA  31820
   Telephone: 706-507-3475, Facsimile: 716-569-6369
   Email: kwindham@path-tec.com

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By:   /s/ Christine A. March
        Christine A. March
        Texas Bar No. 12968020
        515 Rusk, Suite 3516

                Houston, TX 77002
                Telephone:  (713) 718-4650 Ext. 239
                Facsimile:  (713) 718-4670
                Christine.a.march@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or to those persons listed below at the addresses listed below on this the 26 of July, 2016.

                Christine A. March
                Attorney for the United States Trustee

<u>DEBTOR:</u>
**Companion DX Reference Lab, LLC,** *Debtor*
10301 Stella Link Rd, Suite C
Houston, TX 77025

<u>DEBTOR'S COUNSEL:</u>
**William P Haddock**
Pendergraft & Simon
Email: will@haddock.pro

<u>CREDITOR COMMITTEE MEMBERS:</u>

XFIN, Inc., Attn: James C. Malone
Email: jmalone@xfin.com
Attorney: Jason.boland@nortonrosefulbright.com

Quadax, Inc., Attn: Mark G. Tibbs
Email: marktibbs@quadax.com

Path-Tec, LLC Attn: Kathy Windham
Email: kwindham@path-tec.com