UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33427–H1-11 |
| Companion DX Reference Lab, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

### AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1.  XIFIN, Inc., Attn: James C. Malone, Committee Chairman
  12225 El Camino Real; San Diego, CA  92130
  Telephone: 858-436-1139, Facsimile: 856-793-5701
  Email: jmalone@xifin.com
  Attorney: Jason.boland@nortonrosefulbright.com

2.  Quadax, Inc., Attn: Mark G. Tibbs
  3690 Orange Place, Suite 270; Beachwood, OH  44122
  Telephone: 440-788-2118; Facsimile: 440-788-2128
  Email: marktibbs@quadax.com

3.  Path-Tec, LLC Attn: Kathy Windham
  5700 Old Brim Road; Midland, GA  31820
  Telephone: 706-507-3475, Facsimile: 716-569-6369
  Email: kwindham@path-tec.com

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By:   /s/ Christine A. March
        Christine A. March
        Texas Bar No. 12968020

515 Rusk, Suite 3516<br>
Houston, TX 77002<br>
Telephone: (713) 718-4650 Ext. 239<br>
Facsimile: (713) 718-4670<br>
Christine.a.march@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or to those persons listed below at the addresses listed below on this the 28 of July, 2016.

Christine A. March<br>
Attorney for the United States Trustee

<u>DEBTOR:</u>
**Companion DX Reference Lab, LLC,** *Debtor*
10301 Stella Link Rd, Suite C
Houston, TX 77025

<u>DEBTOR'S COUNSEL:</u>
**William P Haddock**
Pendergraft & Simon
Email: will@haddock.pro
lsimon@pendergraftsimon.com

<u>CREDITOR COMMITTEE MEMBERS:</u>

XFIN, Inc., Attn: James C. Malone
Email: jmalone@xifin.com
Attorney: Jason.boland@nortonrosefulbright.com

Quadax, Inc., Attn: Mark G. Tibbs
Email: marktibbs@quadax.com

Path-Tec, LLC Attn: Kathy Windham
Email: kwindham@path-tec.com