IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-33427 |
| **COMPANION DX REFERENCE LAB, LLC** | § § | Chapter 11 |
| | § | |
| Debtor. | § § | |

**NOTICE OF HEARING ON CONDITIONAL APPROVAL OF
COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION
(PROPOSED JOINTLY BY COMPANION DX REFERENCE LAB, LLC AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (DOC. NO 257)**

Please take note that the a hearing to consider conditional approval of the Combined Disclosure Statement and Plan of Liquidation (Proposed Jointly by Companion DX Reference Lab, LLC and the Official Committee of Unsecured Creditors) (Doc. No. 257) (the "DS/Plan") will be conducted on Friday, January 6, 2017 at 11:00 a.m. in Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

Respectfully submitted on this 22nd day of December, 2016.

Respectfully submitted,

**OKIN ADAMS LLP**

By:     /s/ *Christopher Adams*
Christopher Adams
Texas Bar No. 24009857
Email: cadams@okinadams.com
1113 Vine Street, Suite 201
Houston, Texas 77002
Tel. 713.228.4100
Fax 888.865.2118

**ATTORNEYS FOR THE COMMITTEE**